Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN TRUXELL,<br><br>Defendant. | NO. CR 14-165RAJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO FILE UNDER SEAL |

Before the Court is the Government's motion to file under seal the Government's Sentencing Memorandum related to Defendant Jordan Truxell's sentencing hearing. Having considered the motion and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #280) is GRANTED. The Government's sentencing memorandum shall remain under seal.

DATED this 3rd day of June, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING GOVERNMENT'S
MOTION TO SEAL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970